THE STATE, EX REL. KOCH, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State, ex rel. Koch, v. Indus.
Comm.* (1992), 63 Ohio St.3d 747.]

(No. 91–15—Submitted March 16, 1992—Decided June 3, 1992.)

*Harris F. Jacobs* and *Daniel B. Startsman, Jr.,* for appellant.

*Lee I. Fisher,* Attorney General, *Dennis L. Hufstader* and *Cheryl J. Nester,* for appellees Industrial Commission and Bureau of Workers' Compensation.

*Richard J. Schimpf* and *J. Kent Breslin,* for appellee United Signs, Inc.

---

*Per Curiam.* Our review of the record indicates that claimant did not seek administrative rehearing of the commission's order as permitted by Ohio Adm.Code 4121–3–20(G). As a general rule, failure to exhaust available administrative remedies precludes issuance of a writ of mandamus in a VSSR action. *State, ex rel. Bailey, v. Indus. Comm.* (1991), 62 Ohio St.3d 191, 580 N.E.2d 1081. Cf. *State, ex rel. Cotterman, v. St. Marys Foundry* (1989), 46 Ohio St.3d 42, 544 N.E.2d 887.

For this reason, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.